UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONSTANCE LOMBARDOZZI,

    Plaintiff,

v.                                                              4:23cv182–WS/MAF

TALLAHASSEE SOUTHERN
RESTAURANT, INC., f/k/a NEW
TIMES COUNTRY BUFFET, INC.,
et al.,

    Defendants.

_____

### ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (ECF No. 11). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by February 24, 2024.

3. Potentially dispositive motions, if any, shall be filed no later than twenty-one (21) days after the close of discovery.

4. Plaintiff's counsel shall advise the court on or before February 24, 2024, whether and when the parties will attend mediation.

DONE AND ORDERED this __27th__ day of __June__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE